LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS, ESQ., SBN 69888
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-2882
john.burris@johnburrislaw.com

LAW OFFICES JOHN L. BURRIS
K. CHIKE ODIWE, Esq., SBN 315109
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiff
ANGEL BAGOS


VERONICA NEBB
City Attorney, State Bar No. 140001
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO and MICHAEL JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANGEL BAGOS, an individual,<br><br>        Plaintiff,<br><br>v. | Case No. 2:20-cv-00185-KJM-AC |

| | |
|---|---|
| CITY OF VALLEJO, a municipal corporation; NICKOLAS SLOAN in his individual capacity as a law enforcement officer for the CITY OF VALLEJO; MICHAEL JONES in his individual capacity as a law enforcement officer for the CITY OF VALLEJO; and DOES 1-50.<br><br>Defendants. | **STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING RESOLUTION OF PLAINTIFF'S CRIMINAL CASE**<br><br>Hon. Kimberly J. Mueller<br><br>Date: Fridays<br>Time: 10:00 a.m.<br>Ctrm: 3, 15th Floor<br><br>Trial: None Set |

ANGEL BAGOS ("Plaintiff") and the CITY OF VALLEJO and MICHAEL JONES ("Defendants") by and through their designated counsel jointly stipulate and respectfully request to stay the civil case pending resolution of PLAINTIFF'S on-going criminal case.

Good Cause for Request to Stay: The underlying incident occurred on August 25, 2018 in Vallejo, California. As a result of the incident, PLAINTIFF was criminally charged with a misdemeanor violation of California Penal Code § 148(a)(1) on February 26, 2019. The Solano County Superior Court case number is VCR233914 (see the attached Criminal Complaint, Exhibit "A"). It is alleged in the criminal complaint that PLAINTIFF willfully and unlawfully resisted, delayed, and obstructed Vallejo Police Officers Nickolas Sloan and Michael Jones on August 24, 2018. (*Id.*)

DEFENDANTS subpoenaed the criminal case records, which were received in August 2020. According to the subpoenaed records, the most recent court date for PLAINTIFF'S CRIMINAL case was a Pretrial Conference on May 29, 2020 (see the attached Notice of Continued Hearing, Exhibit "B"). DEFENDANTS have re-subpoenaed but not yet received the criminal records to ensure that the criminal case has not been dismissed or otherwise resolved. However, PLAINTIFF and DEFENDANTS believe in good faith that the criminal case has not been resolved and is on-going.

Because DEFENDANTS intend on deposing PLAINTIFF and serving written discovery, the parties agree that PLAINTIFF's Fifth Amendment right effectively prohibits DEFENDANTS from meaningfully conducting discovery. Similarly, the outcome of the criminal case may give

rise to the need for additional discovery and/or influence anticipated dispositive motions filed in this civil case. Finally, PLAINTIFF and DEFENDANTS agree that a stay in the civil proceedings will not prejudice either party.

    Therefore, PLAINTIFF and DEFENDANTS stipulate and respectfully request the Court use its discretion to stay the civil proceedings pending the resolution of PLAINTIFF'S criminal case.

Respectfully submitted,

Dated: January 25, 2021    LAW OFFICES OF JOHN L. BURRIS

By: */s/ K. Chike Odiwe*
    JOHN L. BURRIS
    K. CHIKE ODIWE
    Attorneys for Plaintiff
    ANGEL BAGOS

Respectfully submitted,

Dated: January 25, 2021    ALLEN, GLAESSNER,
    HAZELWOOD & WERTH, LLP

By: */s/ John B. Robinson*
    DALE L. ALLEN, JR.
    JOHN B. ROBINSON
    Attorneys for Defendants
    CITY OF VALLEJO and MICHAEL JONES

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ORDER

The court approves the parties' stipulation to stay this case, ECF No. 25, until plaintiff's criminal case is resolved. The parties shall file a joint status report within 60 days or until the resolution of plaintiff's criminal case, whichever comes first. This order resolves ECF No. 25.

IT IS SO ORDERED.

Dated: February 2, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE