JOHN L. BURRIS, ESQ. (SBN 69888)
BEN NISENBAUM, ESQ. (SBN 222173)
BRANDON YEE, ESQ. (SBN 344583)
BURRIS, NISENBAUM, CURRY AND LACY, LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
john.burris@bncllaw.com
ben.nisenbaum@bncllaw.com
brandon.yee@bncllaw.com

K. CHIKE ODIWE, ESQ. (SBN 315109)
LAW OFFICES OF KENNETH CHIKE ODIWE, PC
2880 Zanker Road Suite 203, PMB 1689
San Jose, CA 95134
Telephone: (669) 315-4431
Facsimile: (669) 315-4431
kenneth@kennethodiwelaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BAGOS, an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO, a municipal corporation; NICKOLAS SLOAN in his individual capacity as a law enforcement officer for the CITY OF VALLEJO; MICHAEL JONES in his individual capacity as a law enforcement officer for the CITY OF VALLEJO; and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00185-DAD-AC<br><br>MOTION AND [~~PROPOSED~~] ORDER TO APPOINT JAMES BAGOS AS GUARDIAN AD LITEM FOR PLAINTIFF ANGEL BAGOS<br><br>Date: October 30, 2024<br>Time: 10:00 a.m.<br>Location: Courtroom 26, 8th floor<br><br>Honorable Allison Claire |

TO THE COURT, TO THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 30, 2024 or as soon thereafter as the matter may be

heard in Courtroom 26, 8th floor of the above-entitled Court located at 501 I Street, Sacramento, CA 95814, Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(a), and in accordance with 28 U.S.C. § 636(b)(1)(A), Plaintiff Angel Bagos will and hereby does move this Court for an order appointing James Bagos as his Guardian ad Litem.

1. Plaintiff was born in February 6, 1996.
2. On August 24, 2018, Plaintiff sustained a head injury at the hands of law enforcement that caused him a form of mental incapacity.
3. Plaintiff's condition causes him to suffer from episodes of disorientation, depression, and general dissociation.
4. Plaintiff has brought the causes of action in his Complaint pursuant to Civil Rights Act 42 U.S.C. §1983, seeking to hold the Defendants accountable for the violations of his Constitutional rights that occurred on August 24, 2018.
5. Plaintiff has no general guardian, and no previous motion for appointment of a Guardian ad Litem has been filed in this matter.
6. The proposed Guardian ad Litem, James Bagos, is fully competent and responsible. He is qualified to understand and protect the rights of the person he will represent and has no interest adverse to the interests of his son, Plaintiff.
7. The proposed Guardian is Plaintiff's father and is willing to act as Plaintiff's Guardian ad Litem.

WHEREFORE, Petitioner moves the Court for an order appointing James Bagos as Guardian ad Litem for the purpose of pursuing his claims in this matter.

**Law Offices of Kenneth Chike Odiwe, PC**

Dated: September 13, 2024                    /s/ *Kenneth Chike Odiwe*
                                              Kenneth Chike Odiwe
                                              Attorney for Plaintiff

Dated: September 13, 2024                    By: * *James Bagos*
                                              Petitioner

\* Burris, Nisenbaum, Curry and Lacy, LLP and Law Offices of Kenneth Chike Odiwe, PC has on file all holographic signatures corresponding to any signatures indicated by a conformed signature within this e-filed document.

[~~PROPOSED~~] ORDER

Petitioner James Bagos' application for appointment as guardian ad litem for Angel Bagos is hereby GRANTED.

**SO ORDERED.**

Dated: November 4, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE