UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BAGOS,<br><br>            Plaintiff,<br>v.<br>CITY OF VALLEJO, a municipal corporation; NICKOLAS SLOAN in his individual capacity as a law enforcement officer for the CITY OF VALLEJO; MICHAEL JONES in his individual capacity as a law enforcement officer for the CITY OF VALLEJO; and DOES 1-50.<br><br>            Defendants. | CASE NO.: 2:20-cv-00185-DAD-AC<br><br>[~~PROPOSED~~] ORDER RE: PLAINTIFF'S MOTION TO REMOVE DOCKET NO. 59 |

**[~~Proposed~~] Order**

The Court, having considered Plaintiff's request, and good cause appearing, hereby removes Docket No. 59.  Plaintiff is ordered to refile the request for the appointment of a Guardian as Litem with the intended privacy redaction within three (3) days of this Order.

**IT IS SO ORDERED.**

Dated: November 7, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE